UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARVIK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SCREEN ACTORS GUILD, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-1161 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 3) |

Steve Marvik seeks to proceed *pro se* and *in forma pauperis* in this action against the Screen Actors Guild, all Blacks, former president Barack Obama, the Fox News Network, the Cable News Network, and unidentified "snitches." (*See* Doc. 1 at 1-3.) The magistrate judge determined Plaintiff was unable to state a claim upon which relief may be granted and the complaint was frivolous. Therefore, the magistrate judge recommended the motion to proceed in forma pauperis be denied and the complaint be dismissed without leave to amend. (Doc. 3.)

Plaintiff was granted fourteen days from the date of service to file any objections to the recommendation of the Magistrate Judge. (Doc. 3 at 5) In addition, Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)) Thus, any objections were to be filed no later than August 23, 2021. To date, no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated August 5, 2021 (Doc. 3) are **ADOPTED IN FULL**;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**;
3. Plaintiff's complaint is **DISMISSED** without prejudice; and
4. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   August 25, 2021

SENIOR DISTRICT JUDGE